IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL BECK | : CIVIL ACTION |
| vs. | : |
| | : NO. 09-CV-1360 |
| ARCADIA CAPITAL GROUP, INC., | : |
| MICHAEL GOLDNER, and | : |
| GOLDNER, PAPANDON & DELUCCIA, | : |
| LLC | : |

**FILED**
OCT 0 1 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>ORDER</u>

AND NOW this 30th day of September, 2009, upon consideration of Defendants' Motions to Dismiss the Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), (Doc. Nos. 8 and 9) and Plaintiff's Response thereto, it is hereby ORDERED that the Motions are GRANTED IN PART and DENIED IN PART as follows and for the reasons set forth in the preceding Memorandum Opinion:

(1) Plaintiffs' Claims against Defendants Michael Goldner and Goldner, Papandon & Deluccia in Counts I and II of the Complaint are DISMISSED with prejudice;

(2) Counts V and IX of the Complaint are DISMISSED with prejudice;

(3) Counts VII and VIII are DISMISSED without prejudice;

(4) Count XI is DISMISSED with prejudice, although Plaintiff is given leave to amend her complaint to include a claim for punitive damages in the wherefore clauses of those remaining

counts in which such damages claims may be appropriate.

BY THE COURT:

_____
J. CURTIS JOYNER,            J.